# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Stephanie Delage**
       Plaintiff(s)

vs.                            **CASE NUMBER: 3:20-cv-00768-ML**

**Kilolo Kijakazi**
    *(Acting Commissioner of Social Security)*
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs motion for judgment on the pleadings (Dkt. No. 11 ) is DENIED; and it is further ORDERED that Defendants motion for judgment on the pleadings (Dkt. No. 16 ) is GRANTED; and it is further ORDERED that the Commissioners decision denying Plaintiff disability benefits is AFFIRMED; and it is further ORDERED that Plaintiffs Complaint (Dkt. No. 1 ) is DISMISSED.

All of the above pursuant to the order of the Honorable **Miroslav Lovric**, dated this 7th day of September, 2021.

DATED: September 7, 2021

*[Signature]*
Clerk of Court

s/_____
G. Demyttenaere
Deputy Clerk